1012

## INTERSTATE POWER COMPANY, a Corporation, v. CITY OF CUSHING, OKLAHOMA, et al.
### No. 1357.

Circuit Court of Appeals, Tenth Circuit.
Nov. 29, 1935.

For opinion below, see 12 F.Supp. 806.

Ames, Cochran, Ames & Monnet, of Oklahoma City, Okl., for appellant.

S. J. Berton, of Cushing, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

## M. A. JOY v. ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY.
### No. 1397.

Circuit Court of Appeals, Tenth Circuit.
Feb. 12, 1936.

J. W. Chancellor, of Bowie, Tex., for appellant.

Cruce, Satterfield & Grigsby, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

## Harold J. KATTELMAN, Bankrupt, Appellant, v. William S. MADDEN, Receiver of Harold J. Kattelman, etc.
### No. 10532.

Circuit Court of Appeals, Eighth Circuit.
Dec. 13, 1935.

P. H. Cullen and Clem F. Storckman, both of St. Louis, Mo., for appellant.

Harry C. Barker, of St. Louis, Mo., for appellee.

PER CURIAM.

·Petition for allowance of appeal from United States District Court denied.

## Harold J. KATTELMAN, Bankrupt, Appellant, v. William S. MADDEN, Receiver of Harold J. Kattelman, etc.
### No. 10567.

Circuit Court of Appeals, Eighth Circuit.
Jan. 24, 1936.

P. H. Cullen and Clem F. Storckman, both of St. Louis, Mo., for appellant.

Harry C. Barker, of St. Louis, Mo., for appellee.

PER CURIAM.

Petition for appeal from order entered in United States District Court, adjudging appellant guilty of contempt and ordering his commitment, denied.

## O. S. KELLY et al. v. F. M. PORTER, as Receiver of CROMWELL–FRANKLIN OIL COMPANY et al.
### No. 1365.

Circuit Court of Appeals, Tenth Circuit.
Feb. 28, 1936.

J. B. A. Robertson, of Oklahoma City, Okl., for appellants.

K. W. Shartel, Lynn Adams, and John H. Miley, all of Oklahoma City, Okl., for appellees.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellees.